EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| ELODIA PERALES AND GENEVE VILLA, | ) ) ) | Case No.: C 03-3199 RMW |
| Plaintiffs, | ) ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS ELODIA PERALES AND GENEVE VILLA** |
| v. | ) ) | |
| OLIN CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Elodia Perales and Geneve Villa and

Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Elodia

1  Perales and Geneve Villa as to defendant Olin Corporation. All parties to bear their own

2  costs and legal fees incurred to date in this action.

3  Dated: _8/4/05_

4

5  Respectfully submitted,

6

7  ALEXANDER, HAWES & AUDET, LLP

8  By: _____

9  RICHARD D ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
10  RYAN M. HAGAN, Cal Bar #200850
   152 North Third Street, Suite 600
11  San Jose, CA 95112
   Telephone:  (408) 289-1776
12  Facsimile:  (408) 287-1776

13  Attorneys for Plaintiffs Elodia Perales and Geneve Villa

14

15  HUSCH & EPPENBERGER, LLC

16  By: ___/s/ Carol A. Rutter_____

17  THOMAS M. CARNEY, admitted *pro hac vice*
   CAROL A. RUTTER, admitted *pro hac vice*
18  190 Carondelet Plaza, Suite 600
   St. Louis, MO  63105-3441
19  Telephone:  (314) 480-1500
   Facsimile:  (314) 480-1505

20
   RANDALL C. CREECH, Cal. Bar #65542
21  CREECH, LIEBOW & KRAUS
   333 West San Carlos Street
22  Suite 1600
   San Jose, CA  95110
23  Telephone:  (408) 993-9911
   Facsimile:  (408) 993-1335
24
   Attorneys for Defendant Olin Corporation
25

26

27

28

2060777.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Elodia Perales and Geneve Villa - 2**

1
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

3    ELODIA PERALES AND GENEVE          )    Case No.: C 03-3199 RMW
     VILLA,                             )
4                                       )    **ORDER DISMISSING WITH**
                                        )    **PREJUDICE DEFENDANT OLIN**
5              Plaintiffs,              )    **CORPORATION BY PLAINTIFFS**
                                        )    **ELODIA PERALES AND GENEVE**
6    v.                                 )    **VILLA**
                                        )
7    OLIN CORPORATION, et al.,          )
                                        )
8              Defendants.              )
9

10        THIS MATTER coming on the motion of Plaintiffs Elodia Perales and Geneve Villa

11   and Defendant Olin Corporation, for an order of dismissal with prejudice against the

12   defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

13        IT IS HEREBY ORDERED

14

15        Plaintiffs Elodia Perales and Geneve Villa's claims against Defendant Olin

16   Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party

17   shall bear their own costs and legal fees incurred to date in this action.

18                              SO ORDERED:

19

20        AUG 1 1 2005    _Ronald M. Whyte_

21
22
23
24
25
26
27
28

---

2060777.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Elodia Perales and Geneve Villa - 3**